UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO Division

CIVIL RIGHTS COMPLAINT FORM

GEORGE ANTHONY BROWN

D.O.C. V18071

(Enter full name of each Plaintiff and prison number, if applicable)

v.

WILLIAM E. RIDGWAY

JAMIE L. BRAZEAU I.D.# 42

SOFIA M. MCNEIL I.D.# 49

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

CASE NUMBER: _____
(To be supplied by Clerk's Office)

6:12-CV-289-ORL-31KRS

FILED
February 21, 2012
Date                 Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

PROVIDED TO COL[...]
CORRECTIONAL INST[...]
ON 2/16/12 (DATE OR MAILING)
(STAFF INITIAL) (INITIAL)

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: COLUMBIA CORRECTIONAL INST.
(Indicate the name and location)
LAKE CITY, FLORIDA

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C. If your answer is YES:

1. What steps did you take? _____

2. What were the results? _____

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this _____ day of _____, 2 _____.

_George Anthony Brown_
Signature of Plaintiff

IV. **PREVIOUS LAWSUITS:**

  A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

  B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

  C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

  D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____
_____
_____
_____
_____

V. **PARTIES:** In part A of this section, indicate your **full name** in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: GEORGE ANTHONY BROWN, D.O.C. V18071

Mailing address: COLUMBIA CORRECTIONAL INST., 253 CORRECTIONS WAY, LAKE CITY, FLORIDA 32025 (ANNEX)

B. Additional Plaintiffs: _____
_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: WILLIAM E. RIDGWAY

Mailing Address: 219 WEST HOWRY AVE. DELAND, FLORIDA 32720

Position: CHIEF OF POLICE

Employed at: DELAND POLICE DEPT. (ADDRESS ABOVE)

D. Defendant: JAMIE L. BRAZEAU I.D. #42

Mailing Address: 219 WEST HOWRY AVE. DELAND, FLORIDA 32720

Position: POLICE OFFICER

Employed at: DELAND POLICE DEPT. (ADDRESS ABOVE)

DC 225 (Rev. 9/03)                              6

4.

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

PLAINTIFF'S 4th AMENDMENT CONSTITUTIONAL RIGHTS WERE VIOLATED WHEN DELAND POLICE OFFICERS, WHILE ACTING UNDER COLOR OF STATE LAW AND WITH DELIBERATE INDIFFERENCE AND CALLOUS, RECKLESS AND EVIL INTENT, FALSELY ARRESTED, SEARCHED AND SEIZED PLAINTIFF'S PERSON AND PROPERTY WITHOUT PROBABLE CAUSE, OR WARRANT. THE ACTS OR OMISSIONS OF OFFICERS SUBJECTED PLAINTIFF TO THE HARM OF FALSE IMPRISONMENT / INVOLUNTARY DETENTION.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

ON 8-28-08 AT APPROXIMATELY 17:22 P.M. AT 299 EAST INTERNATIONAL SPEEDWAY BLVD, DELAND, FLORIDA, VOLUSIA COUNTY, PUBLIX SHOPPING CENTER THE PLAINTIFF WAS THE VICTIM OF A MAN COMING AT HIM WITH A KNIFE. IN SELF-DEFENSE THE PLAINTIFF SHOT THE ATTACKER TWICE WITH A PELLET GUN. THE PLAINTIFF THEN CALLS 911 TO REPORT THAT HE HAD BEEN ATTACKED AND THAT HE SHOT IN SELF-DEFENSE. MINUTES AFTER THE 911 CALL, WHILE STILL ON THE PHONE WITH 911, A VOLUSIA COUNTY SHERIFF'S DEPUTY ARRIVED ON SCENE AND HANDCUFFED THE PLAINTIFF DUE TO OFFICERS SAFETY, PATTED THE PLAINTIFF DOWN FOR WEAPONS AND THEN AT 17:34 TURNED

**Statement of Facts, continued:**

THE PLAINTIFF OVER TO THE CUSTODY OF DELAND POLICE DEPARTMENT OFFICERS. DELAND POLICE OFFICERS EXCHANGED HANDCUFFS WITH THE DEPUTY, HANDCUFFED THE PLAINTIFF WITH DELAND POLICE DEPARTMENT HANDCUFFS, REMOVED EVERYTHING FROM THE PLAINTIFF'S POCKETS, TOLD PLAINTIFF HE WAS BEING CHARGED WITH AGGRAVATED BATTERY, PLACED PLAINTIFF IN THE BACK OF A DELAND POLICE CAR, READ PLAINTIFF THE MIRANDA WARNINGS, ASK PLAINTIFF WHERE THE PELLET GUN WAS, AT WHICH TIME PLAINTIFF TOLD OFFICER IT WAS IN THE WOODS, OFFICER THEN WENT IN THE WOODS AND TOOK THE PELLET GUN OUT OF PLAINTIFF'S BACKPACK, AND PLACED THE PELLET GUN INTO EVIDENCE.

AFTER SITTING IN THE BACK OF THE DELAND POLICE CAR FROM 17:24 UNTIL 17:48, HANDCUFFED, WITHOUT BEING ABLE TO EXPLAIN ABOUT WHAT HAPPEN DURING THE INCIDENT, A SUPERVISOR FROM DELAND POLICE DEPARTMENT CAME ON SCENE. THE SUPERVISOR QUESTIONED WITNESSES ABOUT WHAT HAPPEN AND WAS TOLD THAT PLAINTIFF WAS A VICTIM OF THE CRIME, SUPERVISOR ORDERED PLAINTIFF RELEASED.

THIS ACT OR OMISSION WAS DONE WITH DELIBERATE INDIFFERENCE, CALLOUS, RECKLESS AND EVIL INTENT BY DELAND POLICE OFFICERS, ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT, WHILE UNDER COLOR OF STATE LAW.

PLAINTIFF BRINGS THIS ACTION AGAINST DEFENDANTS IN THEIR INDIVIDUAL, AND OFFICIAL CAPACITY.

E. Defendant: SOFIA M. MCNEIL I.D. #49 / RESIGNED 1-30-09

Mailing Address: 219 WEST HOWRY AVE. DELAND, FLORIDA 32720

Position: POLICE OFFICER

Employed at: DELAND POLICE DEPT. (ADDRESS ABOVE)

F. Defendant:

Mailing Address:

Position:

Employed at:

G. Defendant:

Mailing Address:

Position:

Employed at:

5.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF COMPENSATORY DAMAGES IN THE AMOUNT OF $_____ AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY, PUNITIVE DAMAGES IN THE AMOUNT OF $_____ AGAINST EACH DEFENDANT, A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY, PLAINTIFF'S COSTS IN THIS SUIT, AND ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUITABLE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _____ day of _____, 2_____.

*George Anthony Brown*, V18071
GEORGE ANTHONY BROWN, V18071

_____
(Signatures of all Plaintiffs)

PURSUANT TO 28 USC 1746

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT A TRUE COPY OF THE FOREGOING DOCUMENT WAS PLACED IN THE HANDS OF COLUMBIA CORRECTIONAL ANNEX MAIL ROOM OFFICIALS FOR MAILING TO:

CLERK OF COURT
UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
401 W. CENTRAL BLVD. SUITE 1200
ORLANDO, FLORIDA 32801-0120

s/ George Anthony Brown
D.O.C V18071
GEORGE ANTHONY BROWN
D.O.C. V18071
COLUMBIA C.I. ANNEX
253 S.E. CORRECTIONS WAY
LAKE CITY, FLORIDA 32025

EXECUTED THIS 16 DAY OF FEBRUARY 2012

**FOR LEGAL USE ONLY**
Any other use of this paper will result in disciplinary action per FAC33-601.314 (7-4)